# ATTACHMENT B

|  |  |
|---|---|
| UNITED STATES,<br><br>v.<br><br>DAVID HARRIS,<br><br>*Defendant.* | Criminal Action No. 19-356 |

## <u>DECLARATION OF MR. DAVID FARMER</u>

Under 28 U.S.C. §1746, I, Mr. David Farmer, state the following:

1. I am the third-party custodian for Mr. David Harris. By order of the Court, Mr. Harris is confined to my home at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

2. From the period of _____, 2020 to _____, 2020, all electronic devices within my house have been either in my actual possession or under lock and key.

3. I attest that David Harris has not accessed any electronic devices with any internet capability in my home during that period of time.

4. I attest that if Mr. Harris does access or attempt to access any electronic devices with internet capability while he is in custody, or violate any other conditions of release, I will immediately report this information to the Pretrial Services Agency at 202 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _____, 2020

_____
Mr. David Farmer